

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00205-CV

———————————————

IN RE AMERICAN AIRLINES, INC., Relator

Original Proceeding
Trial Court No. 236-279297-15

Before Bassel, Pittman, and Womack, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus, real party in interest's response, and relator's reply and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: July 23, 2019